UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tenisha Williams, Kissie Hector, Carla Davis, Deborah Golonka, Dennis Golonka, Maida Voight, James Lyle, Frank Tagliaferro, Mary Koleskinski, Gary Preston, Sherie Hayes, Melissa Kenekeo, Joan Maxwell, Brenda Cooper, Naifeh Dergham, Christine Mardsen, Stephen Laurich, Shawn Sandusky, Margaret Earnhardt, Charmaine Dingle, Angela Perrigan, and Ashley Cochran, individually and on behalf of all similarly situated individuals, | Civil No. 13-0946 (JRT/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |
| Plaintiffs, | |
| v. | |
| Sykes Enterprises, Inc. and Alpine Access, Inc., | |
| Defendants. | |

---

Timothy Becker, David H Grounds and Jacob Rusch, **JOHNSON BECKER, PLLC,** 33 South Sixth Street, Suite 4530, Minneapolis, MN 55402, Jason J Thompson and Jesse Young, **SOMMERS SCHWARTZ, PC**, One Towne Square, Suite 1700, Southfield, MI 48076, Steven R. Maher, **THE MAHER LAW FIRM, PA**, Suite 200, 631 West Morse Boulevard, Winter Park, FL 32789 for plaintiffs.

Andrew J Voss and Jeffrey Timmerman, **LITTLER MENDELSON, PC**, 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402-2136, John W Campbell, **CONSTANGY BROOKS & SMITH LLP**, P.O. Box 1840, Tampa, FL 33601-1840 for defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Defendants' Motion to Transfer/Change Venue (ECF No. 21) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 17, 2013
at Minneapolis, Minnesota

                                                      s/John R. Tunhiem
                                                      JOHN R. TUNHEIM
                                           United States District Judge